ON PETITION FOR REHEARING AND REHEARING EN BANC

(Opinion March 8, 2012, 5th Cir., 2012, 674 F.3d 448)
Before REAVLEY, ELROD and HAYNES, Circuit Judges.
PER CURIAM:
The Petition for Rehearing is DENIED and the court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor, the Petition for Rehearing En Banc is also DENIED.
In the en banc poll, 6 judges voted in favor of rehearing (Jones, Jolly, Smith, Garza, Clement, and Owen), and 9 judges voted against rehearing (Davis, Stewart, Dennis, Prado, Elrod, Southwick, Haynes, Graves, and Higginson). Judge King did not participate in consideration of the rehearing en banc.
Joining in Judge Smith’s dissent are Chief Judge Jones, Judge Jolly, and Judge Clement.